Keely E. Duke
ISB #6044; ked@dukevett.com
Anne E. Henderson
ISB#10412; aeh@dukeevett.com
DUKE EVETT, PLLC
1087 West River Street, Suite 300
P.O. Box 7387
Boise, ID 83707
Telephone (208) 342-3310
Facsimile (208) 342-3299

*Attorneys for Sara Omundson*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| COURTHOUSE NEWS SERVICE,<br><br>　　　　Plaintiff<br><br>vs.<br><br>SARA OMUNDSON, in her official capacity as Administrative Director of Idaho Courts,<br><br>　　　　Defendants. | CASE NO. 1:21-CV-00305-REP<br><br>**DEFENDANT SARA OMUNDSON'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)** |

　　　　Defendant Sara Omundson, by and through the undersigned counsel of record, Duke Evett, PLLC, pursuant to Federal Rule of Civil Procedure 12(b)(6) moves this Court to dismiss the Complaint filed by Plaintiff.

　　　　DATED this 10th day of September, 2021.

　　　　　　　　　　　　　　　　DUKE EVETT, PLLC


　　　　　　　　　　　　　　　　By /s/Keely E. Duke_____
　　　　　　　　　　　　　　　　　Keely E. Duke – Of the Firm
　　　　　　　　　　　　　　　　　Anne E. Henderson – Of the Firm
　　　　　　　　　　　　　　　　　*Attorneys for Sara Omundson*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of September, 2021, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing as follows:

| | |
|---|---|
| Debora Kristensen Grasham | dkk@givenspursley.com |
| Katherine A. Keating | katherin.keating@bclplaw |
| Jonathan G. Fetterly | jon.fetterly@bclplaw.com |

/s/Keely E. Duke
Keely E. Duke

**DEFENDANT SARA OMUNDSON'S MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6) - 2**