UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| COURTHOUSE NEWS SERVICE,<br><br>Plaintiff,<br><br>v.<br><br>SARA OMUNDSON in her official capacity as Administrative Director of Idaho Courts,<br><br>Defendant. | Case No. 1:21-cv-00305-DCN<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE AND SET BRIEFING SCHEDULE FOR CNS' MOTION FOR APPELLATE ATTORNEYS' FEES** |

Plaintiff Courthouse News Service ("CNS") and Defendant Sara Omundson, in her official capacity as Administrative Director of Idaho Courts ("Omundson") (together, the "Parties"), hereby stipulate, agree and request, for good cause, as follows:

1. On September 30, 2024, the Court issued its order granting CNS's summary judgment motion and denying Omundson's summary judgment motion (Dkt. 86) and entered judgment in favor of CNS.

2. CNS's motion for district court attorneys' fees pursuant to 42 U.S.C. § 1988 is currently pending before this Court. *See* Dkt. 102-115 (moving and opposing papers).

3. On September 3, 2026, the Ninth Circuit issued its opinion affirming the judgment in favor of CNS. Dkt. 116.

4. On September 21, 2026, CNS filed with the Ninth Circuit a motion requesting that the Ninth Circuit transfer consideration of attorneys' fees on appeal to this Court.

5. On September 25, 2026, the Ninth Circuit issued mandate pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure. Dkt. 117. That same day, the Ninth Circuit granted

CNS's motion to transfer consideration of attorneys' fees on appeal to this Court.

6. Pursuant to Local Rule 54.2, CNS' motion for appellate attorneys' fees and related non-taxable expenses is currently due October 9, 2026.

7. Given scheduling conflicts and CNS' counsel's other obligations in the month of October, the parties have agreed to extend the time CNS has to file its motion for appellate fees and related non-taxable expenses for two weeks, such that CNS' motion will be due on October 23, 2026.

8. The parties further agree that Omundson will receive a 19-day extension of time in which to file her opposition to CNS' motion, such that her opposition will be due December 2, 2026. This extension is meant to be reciprocal to CNS' 14-day extension and also avoid the Thanksgiving holiday (November 26-27, 2026).

9. CNS' reply in support of its motion will be due December 18, 2026.

IT IS SO STIPULATED.

Dated October 6, 2026.

BRYAN CAVE LEIGHTON PAISNER, LLP

By:/s/Jonathan G. Fetterly
Katherine A. Keating – Of The Firm
Jonathan G. Fetterly – Of The Firm
*Attorneys for Plaintiff Courthouse News Service*

Dated October 6, 2026

DUKE EVETT, PLLC

By:/s/Keely E. Duke
Keely E. Duke – Of The Firm
Molly E. Mitchell – Of The Firm
*Attorneys for Defendant Sara Omundson*